UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EVANS VERNA and JASSMAN WILLIAMS,
Individually and on Behalf of A.V., an Infant,
and B.V., an Infant, as Parent and Next Friend,

                           *Plaintiffs*,

- against -

Supervising Parole Officer PAUL PACHECO,
in His Individual Capacity; Parole Officer RITA
FLYNN, in Her Individual Capacity; and Parole
Officer DEENA ROYCE, in Her Individual
Capacity,

                           *Defendants*.
----------------------------------------------------------------X

**INFANT COMPROMISE ORDER**

15-cv-9985 (CS)

(ECF Case)

       UPON READING AND FILING the Declaration of Richard S. Pakola, Esq., dated November 18, 2019, with attached exhibits including the Affidavit of Jassman Williams, the mother and natural guardian of A.V. and B.V., infants, dated October 30, 2019, the proposed Order of Compromise, and the proposed Stipulation and Order of Settlement, and upon all of the pleadings and proceedings heretofore had herein; and it appearing that the best interests of the infants will be served,

       NOW, on the motion of Richard S. Pakola, Esq., attorney for the Plaintiffs, it is hereby

       **ORDERED,** subject to the filing and approval of the Stipulation of Settlement in this action, that Jassman Williams, as mother and natural guardian of ▮▮▮▮▮▮ (A.V.), an infant, and ▮▮▮▮▮▮ (B.V.), an infant, is authorized, empowered and directed to compromise and settle the causes of action on behalf of the infants for damages sustained by the infants in the sum of TWENTY-TWO THOUSAND and 66/100 DOLLARS ($22,666.66) for ▮▮▮▮▮▮ (A.V.)

- 1 -

- 2 -

and TWENTY-TWO THOUSAND and 66/100 DOLLARS ($22,666.66) for ▮▮▮▮▮ (B.V.); and it is further

**ORDERED,** subject to the filing and approval of the Stipulation of Settlement in this action, that the total settlement of ONE HUNDRED FIFTY THOUSAND DOLLARS ($150,000.00) be paid by Defendants, and it is further

**ORDERED,** subject to the filing and approval of the Stipulation of Settlement in this action, that out of the aforesaid ONE HUNDRED FIFTY THOUSAND DOLLARS ($150,000.00), the sum of THREE THOUSAND DOLLARS ($3,000.00) be allowed and made payable to Richard S. Pakola, Esq., to reimburse him for costs and expenses advanced in the prosecution of the within action; and it is further

**ORDERED,** subject to the filing and approval of the Stipulation of Settlement in this action, that out of the aforesaid ONE HUNDRED FIFTY THOUSAND DOLLARS ($150,000.00), the sum of FORTY-NINE THOUSAND DOLLARS ($49,000.00) be allowed and made payable to Richard S. Pakola, Esq., as full payment of his attorney's fees for professional services rendered herein, and it is further

**ORDERED,** subject to the filing and approval of the Stipulation of Settlement in this action, that THIRTY THOUSAND DOLLARS ($30,000.00) be allowed and made payable to Evans Verna, and it is further

**ORDERED,** subject to the filing and approval of the Stipulation of Settlement in this action, that TWENTY-TWO THOUSAND SIX HUNDRED SIXTY-SIX and 68/100 DOLLARS ($22,666.68) be allowed and made payable to Jassman Williams; and it is further

**ORDERED**, subject to the filing and approval of the Stipulation of Settlement in this action, that TWENTY-TWO THOUSAND SIX HUNDRED SIXTY-SIX and 66/100 DOLLARS

($22,666.66) be allowed and made payable to Jassman Williams, as mother and natural guardian of ▮▮▮▮▮▮▮ (A.V.), an infant, jointly, with an officer of the bank of her choice to be deposited in the said bank in an account, or accounts, yielding the highest rate of interest available, in the name of the mother and natural guardian, in trust for the infant and for the sole use and benefit of the infant; and that the time deposit accounts and/or certificate of deposit accounts shall be continuously renewed at maturity at the highest rate of interest then available, but the date of maturity thereof shall not extend beyond the date upon which the infant attains the age of eighteen (18) years; and that when no such time deposit or certificate of deposit account is available, then the accumulated funds shall be placed in the bank's insured money market account; and it is further

   **ORDERED**, subject to the filing and approval of the Stipulation of Settlement in this action, that TWENTY-TWO THOUSAND SIX HUNDRED SIXTY-SIX and 66/100 DOLLARS ($22,666.66) be allowed and made payable to Jassman Williams, as mother and natural guardian of ▮▮▮▮▮▮▮ (B.V.), an infant, jointly, with an officer of the bank of her choice to be deposited in said bank in an account, or accounts, yielding the highest rate of interest available, in the name of the mother and natural guardian, in trust for the infant and for the sole use and benefit of the infant; and that the time deposit accounts and/or certificate of deposit accounts shall be continuously renewed at maturity at the highest rate of interest then available, but the date of maturity thereof shall not extend beyond the date upon which the infant attains the age of eighteen (18) years; and that when no such time deposit or certificate of deposit account is available, then the accumulated funds shall be placed in the bank's insured money market account; and it is further

- 4 -

**ORDERED,** that upon ▬▬▬ (A.V.) reaching majority at the age of eighteen (18) years, and upon presentation of the proper proof thereof, the depository shall, without further order of the Court, and upon the infant's demand, pay over to ▬▬▬ (A.V.) all the monies so held; and it is further

**ORDERED,** that upon ▬▬▬ (B.V.) reaching majority at the age of eighteen (18) years, and upon presentation of the proper proof thereof, the depository shall, without further order of the Court, and upon the infant's demand, pay over to ▬▬▬ (B.V.) all the monies so held; and it is further

**ORDERED,** that the filing of a bond is hereby dispensed with; and it is further

**ORDERED,** that upon compliance with the terms of the Order, Jassman Williams, as mother and natural guardian of ▬▬▬ (A.V.), an infant, and ▬▬▬ (B.V.), an infant, be and hereby is authorized to deliver releases and any and all papers necessary to effectuate such settlement and collect such monies herein.

*Cathy Seibel*                   11/21/19

HON. CATHY SEIBEL